**Opinion issued August 13, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-01066-CV

————————————

## IN RE WILLIAM H. ATWELL II, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator William "Billy" Atwell II filed a petition for writ of mandamus from the trial court's February 5, 2019 order declining to set aside its September 5, 2018 order denying his motion to transfer venue.[*]

---

[*]     The underlying proceeding is *Regina Atwell a/k/a Gena J. Atwell v. William H. Atwell, II*, Cause No. 463,026 in Probate Court No. 3, Harris County, the Honorable Jason Cox presiding.

The record does not show a clear abuse of discretion. We deny the petition for writ of mandamus and lift the stay of proceedings imposed by our April 4, 2019 order. *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, Goodman